UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ANTONIO ESPINA,<br><br>        Plaintiff,<br><br>vs.<br><br>JESUS MAGALLANES, et al.,<br><br>        Defendants.<br>_____/ | 1:04-CV-05884-OWW-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 41)<br><br>**ORDER DISMISSING CERTAIN CLAIMS** |

Plaintiff Rafael Antonio Espina ("plaintiff") is proceeding pro se and in forma pauperis in this civil rights action apparently pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 1, 2005, the Magistrate Judge filed Findings and Recommendations ("F&R") herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days.[1]  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

///

---

[1] The United States Postal Service returned the F&R served on plaintiff on March 14, 2005, as undeliverable. A notation on the envelope indicated: Return to Sender - Inmate gone: Forwarding Time Expired. On March 14, 2005, the court re-served plaintiff at 1345 N. Cabrillo Park Drive, #K-16, Santa Ana, CA, 92701.

1

1   In accordance with the provisions of 28 U.S.C.
§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   The Findings and Recommendations, filed March 1, 2005, are ADOPTED IN FULL;

   2.   This action proceed on plaintiff's amended complaint against defendants Harrison, Sabal, Hinz, Spack, Layport, Andrews, and Buckles only on plaintiff's Eighth Amendment claims;[2] and,

   3.   The claims against defendants Magallanes, De La Rocha, Nault, Golson, Davis, and Royce are DISMISSED, with prejudice, as barred by the statute of limitations.

IT IS SO ORDERED.

**Dated:   May 6, 2005**             **/s/ Oliver W. Wanger**
emm0d6                               UNITED STATES DISTRICT JUDGE