1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   RAFAEL ANTONIO ESPINA,              CASE NO. 1:04-CV-05884 OWW LJO P

10                        Plaintiff,     ORDER FINDING SERVICE OF AMENDED
                                        COMPLAINT APPROPRIATE, AND
11          v.                          FORWARDING SERVICE DOCUMENTS TO
                                        PLAINTIFF
12   JESUS MAGALLANES, et al.,
                                        (Doc. 13)
13                        Defendants.
     _____/

14

15          Plaintiff Rafael Antonio Espina ("plaintiff") is proceeding pro se and in forma pauperis in

16   this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,

17   403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors.  The

18   court reviewed plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and 28 U.S.C. §

19   1915(e)( 2) and found that the amended complaint appears to state a cognizable claim for relief

20   against defendants Harrison, Sabal, Hinz, Spack, Layport, Andrews, and Buckles for allegedly acting

21   with deliberate indifference to plaintiff's serious medical needs, in violation of the Eighth

22   Amendment.  (Docs. 15, 18.)  Accordingly, IT IS HEREBY ORDERED that:

23          1.      Service is appropriate for the following defendants:

24                          DR. ANTONIO SABAL

25                          JOHN HARRISON

26                          JOHN HINZ

27                          DR. ROBERT SPACK

28                          HOLLY DIRK-LAYPORT

1

1   RAYMOND ANDREWS

2   DANIEL BUCKLES

3   2.   The Clerk of the Court shall send plaintiff seven (7) USM-285 forms, seven (7)

4   summonses, a Notice of Submission of Documents form, an instruction sheet, and

5   a copy of the amended complaint filed November 29, 2004.

6   3.   Within **thirty (30) days** from the date of this order, plaintiff shall complete the

7   attached Notice of Submission of Documents and submit the completed Notice to the

8   court with the following documents:

9   a.   Completed summons;

10   b.   One completed USM-285 form for each defendant listed above; and

11   c.   Eight (8) copies of the endorsed amended complaint filed November 29,

12   2004.

13   4.   Plaintiff need not attempt service on defendants and need not request waiver of

14   service.  Upon receipt of the above-described documents, the court will direct the

15   United States Marshal to serve the above-named defendants pursuant to Federal Rule

16   of Civil Procedure 4 without payment of costs.

17   5.   The failure to comply with this order will result in a recommendation that this action

18   be dismissed.

19

20   IT IS SO ORDERED.

21   **Dated:   May 16, 2005**                 **/s/ Lawrence J. O'Neill**

i0d3h8                              UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

2