UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ANTONIO ESPINA,<br><br>    Plaintiff,<br><br>    v.<br><br>JESUS MAGALLANES, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:04-CV-05884 OWW LJO P<br><br>ORDER DIRECTING DEFENDANT BUCKLES TO FILE RESPONSE TO COMPLAINT WITHIN TWENTY DAYS OR DEFAULT WILL BE ENTERED<br><br>(Doc. 26)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER ON DEFENDANT BUCKLES AT TCI |

Plaintiff Rafael Antonio Espina ("plaintiff") is proceeding pro se and in forma pauperis in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. This action is proceeding on plaintiff's amended complaint against defendants Harrison, Sabal, Hinz, Spack, Layport, Andrews, and Buckles for allegedly acting with deliberate indifference to plaintiff's serious medical needs, in violation of the Eighth Amendment.

Defendant Daniel Buckles waived service of the summons and was required to file a response to plaintiff's amended complaint on or before November 7, 2005. (Doc. 26.) To date, defendant Buckles has not responded to the complaint.

///
///
///

1    Defendant Buckles is hereby notified that he was twenty (20) days from the date of service
2 of this order within which to file a response to the amended complaint. Defendant Buckles is warned
3 that if he fails to file a response within twenty days, default will be entered against him.
4    The Clerk's Office shall serve a copy of this order on Deputy Warden Daniel Buckles at Taft
5 Correctional Institution.

7 IT IS SO ORDERED.
8 **Dated:   April 4, 2006**            /s/ Lawrence J. O'Neill
   b9ed48                              UNITED STATES MAGISTRATE JUDGE