# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ANTONIO ESPINA,<br><br>           Plaintiff,<br><br>   v.<br><br>JESUS MAGALLANES, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:04-CV-05884 OWW LJO P<br><br>ORDER DIRECTING DEFENDANT SPACK TO FILE RESPONSE TO AMENDED COMPLAINT WITHIN TWENTY DAYS OR DEFAULT WILL BE ENTERED<br><br>(Doc. 44)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER ON DEFENDANT SPACK |

     Plaintiff Rafael Antonio Espina ("plaintiff") is proceeding pro se and in forma pauperis in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. This action is proceeding on plaintiff's amended complaint against defendants Harrison, Sabal, Hinz, Spack, Layport, Andrews, and Buckles for allegedly acting with deliberate indifference to plaintiff's serious medical needs, in violation of the Eighth Amendment.

     Defendant Robert Spack, M.D. waived service of the summons and was required to file a response to plaintiff's amended complaint on or before June 19, 2006. (Doc. 44.) To date, defendant Spack has not responded to the complaint.

///

///

///

1  Defendant Spack is hereby notified that he has twenty (20) days from the date of service of
2 this order within which to file a response to the amended complaint.  Defendant Spack is warned that
3 if he fails to file a response within twenty days, default will be entered against him.
4  The Clerk's Office shall serve a copy of this order on Robert Spack, M.D. at the address
5 provided separately.

7 IT IS SO ORDERED.
8 **Dated:    June 30, 2006**              /s/ Lawrence J. O'Neill
  i0d3h8                                    UNITED STATES MAGISTRATE JUDGE