# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ANTONIO ESPINA, | CASE NO. 1:04-CV-05884 OWW LJO P |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO ENTER DEFAULT AGAINST DEFENDANT SPACK |
| v. | |
| JESUS MAGALLANES, et al., | (Docs. 44 and 46) |
| Defendants. | |

Plaintiff Rafael Antonio Espina ("plaintiff") is proceeding pro se and in forma pauperis in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. On June 30, 2006, the Court issued an order requiring defendant Robert Spack, M.D. to file a response to the amended complaint within twenty days or default would be entered against him. More than twenty days have passed and defendant has not complied with or otherwise responded to the Court's order.

Accordingly, the Clerk's Office is HEREBY DIRECTED to enter default against defendant Robert Spack, M.D.

IT IS SO ORDERED.

**Dated:   July 31, 2006**          /s/ Lawrence J. O'Neill
b9ed48                          UNITED STATES MAGISTRATE JUDGE

1