# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ANTONIO ESPINA,<br><br>        Plaintiff,<br><br>   v.<br><br>JESUS MAGALLANES, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:04-CV-05884 OWW LJO P<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF DEFENDANTS HINZ, LAYPORT, ANDREWS, AND HARRISON BASED ON PLAINTIFF'S FAILURE TO PROVIDE SUFFICIENT INFORMATION TO EFFECT SERVICE OF PROCESS<br><br>(Doc. 40) |

Plaintiff Rafael Antonio Espina ("plaintiff") is proceeding pro se and in forma pauperis in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. On April 6, 2006, the Court issued an order opening discovery as to defendants Hinz, Layport, Andrews, and Harrison for the limited purpose of allowing plaintiff the opportunity to obtain current locations for those defendants. The Court ordered plaintiff to provide further information on the locations of defendants Hinz, Layport, Andrews, and Harrison within ninety days, and warned plaintiff that if he did not do so within ninety days, defendants Hinz, Layport, Andrews, and Harrison would be dismissed from this action, without prejudice, pursuant to Federal Rule of Civil Procedure 4(m). More than ninety days have passed and plaintiff has not complied with or otherwise responded to the Court's order.

///
///

Pursuant to Rule 4(m),

> [i]f service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

In cases involving a plaintiff proceeding in forma pauperis, a United States Marshal, upon order of the court, shall serve the summons and the complaint. Fed. R. Civ. P. 4(c)(2). "'[A]n incarcerated pro se plaintiff proceeding in forma pauperis is entitled to rely on the U.S. Marshal for service of the summons and complaint and ... should not be penalized by having his action dismissed for failure to effect service where the U.S. Marshal or the court clerk has failed to perform his duties.'" Walker v. Sumner, 14 F.3d 1415, 1422 (9th Cir. 1994) (quoting Puett v. Blandford, 912 F.2d 270, 275 (9th Cir. 1990)), *abrogated on other grounds by* Sandin v. Connor, 515 U.S. 472 (1995). "So long as the prisoner has furnished the information necessary to identify the defendant, the marshal's failure to effect service is 'automatically good cause . . . .'" Walker, 14 F.3d at 1422 (quoting Sellers v. United States, 902 F.2d 598, 603 (7th Cir.1990)). However, where a pro se plaintiff fails to provide the Marshal with accurate and sufficient information to effect service of the summons and complaint, the court's sua sponte dismissal of the unserved defendants is appropriate. Walker, 14 F.3d at 1421-22.

In this instance, plaintiff failed to provide sufficient information for the Marshal to identify and effect service on defendants Hinz, Layport, Andrews, and Harrison. The Court opened discovery to allow plaintiff the opportunity to obtain further information and directed plaintiff to provide further information to the Court within ninety days. Plaintiff has not done so. Accordingly, pursuant to Federal Rule of Civil Procedure 4(m), it is HEREBY RECOMMENDED that defendants Hinz, Layport, Andrews, and Harrison be dismissed from this action, without prejudice.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within **thirty (30) days** after being served with these Findings and Recommendations, the parties may file written

1 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
2 Findings and Recommendations."  The parties are advised that failure to file objections within the
3 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d
4 1153 (9th Cir. 1991).

6 IT IS SO ORDERED.

7 **Dated:      July 31, 2006**                              **/s/ Lawrence J. O'Neill**
  b9ed48                                        UNITED STATES MAGISTRATE JUDGE

3