UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ANTONIO ESPINA, | 1:04-cv-05884-OWW-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 49) |
| vs. | **ORDER DISMISSING DEFENDANTS HINZ, LAYPORT, ANDREWS, AND HARRISON PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(M)** |
| JESUS MAGALLANES, et al., | |
| Defendants. | |

Plaintiff Rafael Antonio Espina is proceeding pro se and in forma pauperis in this civil rights action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 1, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a _de novo_ review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 1, 2006, is ADOPTED IN FULL; and,

2. Defendants Hinz, Layport, Andrews, and Harrison are DISMISSED from this action, without prejudice, pursuant to Federal Rule of Civil Procedure 4(m).

IT IS SO ORDERED.

**Dated:   September 16, 2006**                    **/s/ Oliver W. Wanger**
emm0d6                                                        UNITED STATES DISTRICT JUDGE