1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   RAFAEL ANTONIO ESPINA,                    CASE NO. 1:04-CV-05884 OWW LJO P

10                          Plaintiff,        ORDER EXTENDING APPLICATION OF
                                              DISCOVERY AND SCHEDULING ORDER
11        v.                                  TO DEFENDANT SPACK, AND REQUIRING
                                              THAT ANY UNENUMERATED RULE 12(B)
12   JESUS MAGALLANES, et al.,                MOTION BE FILED WITHIN THIRTY DAYS

13                          Defendants.       (Doc. 45)
     _____/
14

15         On September 20, 2006, defendant Spack filed an answer to the amended complaint.

16   Accordingly, it is HEREBY ORDERED that:

17         1.     Application of the discovery and scheduling order filed on May 10, 2006, is extended

18                to defendant Spack; and

19         2.     Because the deadline to file an unenumerated Rule 12(b) motion has already expired,

20                defendant Spack shall have **thirty (30) days** from the date of service of this order

21                within which to file such a motion, if so desired.

22

23   IT IS SO ORDERED.

24   **Dated:     September 21, 2006**              _____/s/ Lawrence J. O'Neill_____
     i0d3h8                                        UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                                                1