# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ANTONIO ESPINA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JESUS MAGALLANES, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:04-cv-05884-OWW-LJO PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS WITHIN THIRTY DAYS<br><br>(Doc. 55) |

　　Plaintiff Rafael Antonio Espina ("plaintiff") is proceeding pro se and in forma pauperis in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. On November 30, 2006, defendant Sabal filed a motion to dismiss. More than twenty-one days have passed and plaintiff has not filed an opposition or a statement of non-opposition to the motion. Local Rule 78-230(m).

　　Accordingly, plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to defendant's motion within **thirty (30) days** from the date of service of this order or this action will be dismissed with prejudice for failure to prosecute and failure to obey a court order.

IT IS SO ORDERED.

**Dated:**　February 1, 2007　　　　　　　/s/ Lawrence J. O'Neill
i0d3h8　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1